1
2
3
4
5
6

7  UNITED STATES DISTRICT COURT
8  WESTERN DISTRICT OF WASHINGTON
   AT SEATTLE

9  SAMANTHA E. KNIGHT,                    NO. 2:25-cv-00704-JLR

10            Plaintiff,                  ORDER OF DISMISSAL WITH
11     v.                                 PREJUDICE ~~(PROPOSED)~~

12  JAMES RUST AND TRI-COUNTY             (Clerk's Action Required)
    CABULANCE,
13
14            Defendants.

15    THIS MATTER having come on regularly before the undersigned judge in the

16 above-entitled court, the court having considered the stipulation of the parties (Dkt. # 10),

17 and the court deeming itself otherwise fully advised in the premises, now, therefore, it is

18 hereby:

19 //

20 //

21 //

22 //

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE ~~(PROPOSED)~~
- 1

1  ORDERED, ADJUDGED and DECREED that plaintiff's complaint is dismissed

2  with prejudice and without costs.

3  DATED this 14th day of July, 2025.

```
                                    _____
                                    JAMES L. ROBART
                                    United States District Judge
```